# EXHIBIT A



URL: https://www.instagram.com/p/CzwhK-5NDOH/?img_index=1
Date accessed: 12/08/2023

More posts from **perfectmomentsports**



**THE ASPEN TIMES** Snowmass Sun

YOUR AD HERE »

# Aspen International Fashion Week a hit

News FOLLOW NEWS | Mar 22, 2014



10. Zoe Deneau, Â Aimee Thomas and Brittany Cooney welcome guests to the AprÃ¨s-Ski Stage.

To the delight of fashionistas from near and far, Aspen International Fashion Week hit the runway from March 13 to Sunday. With an open-air Apres-Ski Stage located downtown, the hottest new trends in outerwear, performance skiwear and luxury fur were shown by designers Dennis Basso, A Perfect Moment, Columbia, Gorski, PolarMax, Mountain Hides, ALR Style Tribe, Helly Hansen and Obermeyer.

Aspen boutiques including Yves Saloman, J Crew, Kate Spade, L'Occitane, Jitrois, Covet, Harmony Scott Jewelry Design, Surefoot and Sunglass Hut hosted in-store events in the evenings.

As the closing event of the weekend, the Black & White Ball at the Caribou Club served as a benefit for St. Jude Children's Research Hospital. Guests dressed in formal attire, many embracing the masquerade theme, enjoying light bites, cocktails, a silent auction and beats by resident DJ Folami. Collections from One Moon, Jitrois and Pilar Tarrau were also on display.

Overall, Aspen International Fashion Week was a great success. According to Brooke Fogg, the president of Aspen International Fashion Week, "We had an incredible yet diverse collection of designers this year, which drew a broad range of celebrities, socialites and Aspen influencers and tastemakers to the event.

"Also, I'm extremely proud to say that we helped generate business for many of our designers as their collections that were shown here will now be carried in retail stores in Aspen. We're already working on making Aspen International Fashion Week 2015 bigger and better."

For a rundown on this year's installment, visit http://www.aspeninternationalfashionweek.com or view the styles and scene via http://www.instagram.com/aspenintlfashionweek.

To send info, insight or invites, email allthewaymaymay@hotmail.com

URL: https://www.aspentimes.com/news/aspen-international-fashion-week-a-hit/
Date accessed: 12/08/2023


FREE with qualifying purchase    MASSAGE C    JOHNSON FITNESS & WELLNESS



1/1

12/8/23, 11:57 AM                              Store Locations

the **GIFT GUIDE** *is* _here_!

# GORSUCH

 

## Visit Us

A Gorsuch store is a destination of discovery – a place to be inspired, to find connection and to explore all aspects of the mountain lifestyle. We travel the world to find the finest in fashion, ski and home and bring it back to share with you. We invite you to explore our collections online or in one of our stores in Vail, Beaver Creek, Aspen and Park City.







12/8/23, 11:57 AM

Vail, Colo

**Chat** —

## Store Details & Hours



Store Locations



Chat



Aspen, Co

Store Locations

Chat

## Store Details & Hours



Store Locations



Store Locations

Beaver Creek, Chat _ ⧉

## Store Details & Hours







Park City, Store Locations

Chat

Store Details & Hours

# GORSUCH

## Stay in Touch

Your Email →

CUSTOMER CARE ⌄

ABOUT US ⌄

STORES & SERVICES ⌄

CONNECT WITH US

Customer Care:
Mon - Fri  7am - 6pm MT
Sat - Sun  8am - 5pm MT
1-800-525-9808

2023 Gorsuch.  | Terms of Use | Privacy Policy | Accessibility

  



12/8/23, 11:58 AM                              Search: 43 results found for "perfect moment"

*the* **GIFT GUIDE** *is* _here_!

# GORSUCH

 

Search

perfect moment

43 results found for "perfect moment"



12/8/23, 11:58 AM                                    Search: 43 results found for "perfect moment"

 

PERFECT MOMENT

Neve Ski Sweater

$320.00

PERFECT MOMENT

Star Ski Suit

$1,070.00  $534.99



12/8/23, 11:58 AM                                    Search: 43 results found for "perfect moment"

 

PERFECT MOMENT                          PERFECT MOMENT

3D Ski Sweater                          Talia Quilted Ski Pant

$420.00                                 $590.00



Search: 43 results found for "perfect moment"

 

Chat

PERFECT MOMENT

PERFECT MOMENT

Star Houndstooth Ski Suit

January Duvet Down Ski Jacket

$1,070.00  $534.99

$990.00

Chat

12/8/23, 11:58 AM                                        Search: 43 results found for "perfect moment"





PERFECT MOMENT

Nevada Houndstooth Down Ski Jacket

$790.00

PERFECT MOMENT

Aurora Flare Stretch Ski Pant

$490.00



Search: 43 results found for "perfect moment"





Chat

PERFECT MOMENT

Schild Turtleneck Ski Sweater

$320.00

PERFECT MOMENT

Stars Thermal Half-Zip Turtleneck

$250.00


Chat

Search: 43 results found for "perfect moment"





💬 Chat  —  ⬈

PERFECT MOMENT

Isola Racing Houndstooth Ski Pant

~~$690.00~~ $344.99

PERFECT MOMENT

Alpine Turtleneck Ski Sweater

$440.00

💬 Chat

12/8/23, 11:58 AM                         Search: 43 results found for "perfect moment"





PERFECT MOMENT

Ski Turtleneck Sweater

$360.00

PERFECT MOMENT

Aurora Flare Chevron Ski Pant

$540.00



Search: 43 results found for "perfect moment"





PERFECT MOMENT

Aurora Flare Ski Pant

$530.00

PERFECT MOMENT

Chevron Crewneck Ski Sweater

$320.00

Search: 43 results found for "perfect moment"




PERFECT MOMENT

Brixen Star Ski Sweater

$450.00

PERFECT MOMENT

Nevada Foil Down Ski Jacket

$790.00



Search: 43 results found for "perfect moment"





💬 Chat  —  ⬈

PERFECT MOMENT

January Foil Duvet Down Ski Jacket

$1,020.00

PERFECT MOMENT

Ski Lift Thermal Half-Zip Turtleneck

$250.00



12/8/23, 11:58 AM                                    Search: 43 results found for "perfect moment"





PERFECT MOMENT

Houndstooth Ski Sweater

$420.00

☐ ☐

PERFECT MOMENT

Aurora Houndstooth Stretch Ski Pant

$490.00

☐



12/8/23, 11:58 AM                                  Search: 43 results found for "perfect moment"





PERFECT MOMENT

Nevada Print Down Ski Jacket

$790.00

PERFECT MOMENT

Nevada Houndstooth Down Ski Jacket

$790.00



Search: 43 results found for "perfect moment"





💬 Chat  ⊟  ⎘

PERFECT MOMENT

Maes Quilted Down Jacket

$500.00

PERFECT MOMENT

Mini Duvet Ski Jacket

$350.00

💬 Chat

12/8/23, 11:58 AM                    Search: 43 results found for "perfect moment"





PERFECT MOMENT

Maes Quilted Down Jacket

$500.00

PERFECT MOMENT

Neoprene Wetsuit

$330.00



12/8/23, 11:58 AM                                        Search: 43 results found for "perfect moment"

💬 Chat ▭ ⧉





PERFECT MOMENT                              PERFECT MOMENT

Rash Guard Swimsuit                          Houndstooth Rash Guard Swimsuit

$280.00                                      $280.00

☐                                            ☐ ☐

1                          2                          >

## Still can't find what you're looking for?

1-800-525-9808 customercare@gorsuch.com

💬 Chat

12/8/23, 11:58 AM                                    Search: 43 results found for "perfect moment"

Chat  ▭  ⬈

# GORSUCH

## Stay in Touch

Your Email                                                                                                  →
_____

CUSTOMER CARE                                                                                               ⌄

ABOUT US                                                                                                    ⌄

STORES & SERVICES                                                                                           ⌄

CONNECT WITH US

Customer Care:
Mon - Fri  7am - 6pm MT
Sat - Sun  8am - 5pm MT
1-800-525-9808

_____

2023 Gorsuch.  | Terms of Use | Privacy Policy | Accessibility          ⓕ    Ⓟ    ⧈

