# EXHIBIT B

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,356,315**

**Registered May 18, 2021**

**Int. Cl.: 3, 6, 9, 18, 21, 25, 35, 39, 41, 43**

**Service Mark**

**Trademark**

**Principal Register**

Aspen Skiing Company  (COLORADO LIMITED LIABILITY COMPANY)
117 Aspen Airport Business Center
Aspen, COLORADO 81611

CLASS 3: Lip balm

FIRST USE 5-00-2016; IN COMMERCE 5-00-2016

CLASS 6: Non-luminous and non-mechanical signs made of metal

FIRST USE 5-00-2016; IN COMMERCE 5-00-2016

CLASS 9: Decorative magnets; sunglasses; goggles for sports; goggles and sunglasses accessories, namely, cases for sunglasses and cases for goggles; phone wallets, namely, wallets specially adapted to carry cellphones

FIRST USE 5-00-2016; IN COMMERCE 5-00-2016

CLASS 18: Woven fabric tote bags, back packs, duffel bags; umbrellas; wallets; luggage tags

FIRST USE 5-00-2016; IN COMMERCE 5-00-2016

CLASS 21: Mugs; coasters made of stone; household and kitchen goods, namely, drinking glasses, shot glasses, bottle openers, wine openers, cutting boards, serving trays, reusable glass water bottles sold empty; reusable plastic water bottles sold empty; reusable stainless steel water bottles sold empty; can holders, namely, insulating sleeve holders for beverage cans

FIRST USE 5-00-2016; IN COMMERCE 5-00-2016

CLASS 25: Clothing, namely, base layers, vests, shirts, t-shirts, sweatshirts, jackets, ski pants, cycling jerseys, socks, belts, gloves, sweaters, tank tops, sweatpants, shorts; headwear, namely, visors, caps, hats and beanies; neck gaiters, scarves

FIRST USE 5-00-2016; IN COMMERCE 5-00-2016

CLASS 35: Retail store services in the field of skiing and snowboarding equipment and



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



FIRST USE 5-00-2016; IN COMMERCE 5-00-2016

CLASS 39: Rental of vehicles which are used as sports equipment

FIRST USE 5-00-2016; IN COMMERCE 5-00-2016

CLASS 41: Ski and snowboard resort services; entertainment services in the nature of providing adventure park facilities, activities and programs; summer resort services, namely, providing recreational facilities for hiking, cycling, mountain biking, fishing, paragliding, climbing, camping; providing outdoor live music, namely, concerts; providing a website featuring information about ski, snow sport, mountain, recreational, and summer resort services, and access pass and ticket programs, namely, information on sporting facilities at a resort; rental of skiing and snowboarding gear and equipment and sports equipment rentals, except vehicles

FIRST USE 5-00-2016; IN COMMERCE 5-00-2016

CLASS 43: Hotel and guest hospitality services, namely, restaurant services and resort lodging offering food and lodging that promote the health and well-being of patrons; bar, café, cocktail lounge and restaurant services, including sit-down services of food and take-out restaurant services; catering services

FIRST USE 5-00-2016; IN COMMERCE 5-00-2016

The mark consists of the word "ASPEN" stacked on the top of the word "SNOWMASS", and a stylized drawing of an aspen leaf positioned to the left of the stacked words.

SEC. 2(F) as to "ASPEN SNOWMASS"

SER. NO. 87-810,657, FILED 02-26-2018

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,454,139**

**Registered Apr. 24, 2018**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Aspen Skiing Company (COLORADO LIMITED LIABILITY COMPANY)
P.o. Box 1248
Aspen, COLORADO 81612

CLASS 14: Jewelry; watches; key chains as jewelry, key chains of precious metal; clocks; jewelry boxes

FIRST USE 5-00-2016; IN COMMERCE 5-00-2016

The mark consists of a single leaf design.

OWNER OF U.S. REG. NO. 2958232

SER. NO. 87-040,567, FILED 05-17-2016



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cls.: 25, 41, and 43**

**Prior U.S. Cls.: 22, 39, 100, 101, and 107**

**United States Patent and Trademark Office**

**Reg. No. 2,958,232**

Registered May 31, 2005

# TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



ASPEN SKIING COMPANY (COLORADO LTD
    LIAB CO)
P.O. BOX 1248
ASPEN, CO 81612

FOR: CLOTHING, NAMELY T-SHIRTS, UNDER-
WEAR, PANTS, SWEATSHIRTS, HATS, SHIRTS,
JACKETS, CAPS, SCARVES, NECK GAITERS, MIT-
TENS, GLOVES, PARKAS, AND SWEATSUITS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-30-2000; IN COMMERCE 6-30-2000.

FOR: SKI AND SNOWBOARD RESORT SERVI-
CES; SUMMER RESORT SERVICES, IN CLASS 41
(U.S. CLS. 100, 101 AND 107).

FIRST USE 6-30-2000; IN COMMERCE 6-30-2000.

FOR: HOTEL AND RESTAURANT SERVICES,
AND COCKTAIL LOUNGE SERVICES, IN CLASS
43 (U.S. CLS. 100 AND 101).

FIRST USE 6-30-2000; IN COMMERCE 6-30-2000.

OWNER OF U.S. REG. NOS. 2,360,426 AND
2,461,063.

SN 78-273,553, FILED 7-12-2003.

HOWARD SMIGA, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

**ASPEN SNOWMASS**

**Reg. No. 7,087,947**

**Registered Jun. 20, 2023**

**Int. Cl.: 3, 4, 6, 9, 14, 16, 18, 20, 24, 25, 26, 28, 35, 39, 41, 43**

**Service Mark**

**Trademark**

**Principal Register**

Aspen Skiing Company  (COLORADO LIMITED LIABILITY COMPANY)
117 Aspen Airport Business Center
Aspen, COLORADO 81611

CLASS 3: Lip balm

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 4: Candles

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 6: Non-luminous and non-mechanical signs made of metal

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 9: Decorative magnets; sunglasses; goggles for sports; goggles and sunglasses accessories, namely, cases for sunglasses and cases for goggles; phone wallets, namely, wallets specially adapted to carry cellphones

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 14: Keychains; jewelry

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 16: Books, namely, printed books in the field of winter and summer outdoor sports and recreation; snack packaging boxes made of paper, sold empty

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 18: Woven fabric tote bags, back packs, duffel bags; umbrellas; wallets; luggage tags

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 20: Work of art made of wood, namely, wall art; pillows, picture frames

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



C. ... mink throws, picnic blankets, throw blankets, children's blankets, baby blankets, woollen blankets, fleece blankets, bed blankets

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 25: Clothing, namely, base layers, vests, shirts, t-shirts, sweatshirts, jackets, ski pants, cycling jerseys, socks, belts, gloves, sweaters, tank tops, sweatpants, shorts; headwear, namely, visors, caps, hats and beanies; neck gaiters, scarves

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 26: Ornamental cloth patches; ornamental novelty pins

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 28: Christmas tree ornaments; snow globes; plush toys; stuffed toy animals; games, namely, tabletop games, chess games, dart games, dice games, card games, board games; sporting goods and equipment, namely, skis, snowboards, ski poles; exercise equipment, namely, exercise balls, stability cushions, and resistance bands

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 35: Retail store services in the field of skiing and snowboarding equipment and accessories, apparel, and outdoor sporting goods; retail gift shops

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 39: Rental of vehicles which are used as sports equipment

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 41: Ski and snowboard resort services; entertainment services in the nature of providing adventure park facilities, activities and programs; summer resort services, namely, providing recreational facilities for hiking, cycling, mountain biking, fishing, paragliding, climbing, camping; providing outdoor live music, namely, concerts; providing a website featuring information about ski-, snow sport-, mountain-, recreational-, and summer-resort services, and access pass and ticket programs, namely, information on sporting facilities at a resort; rental of skiing and snowboarding gear and equipment, and sports equipment rentals, except vehicles

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 43: Hotel and guest hospitality services, namely, restaurant services and resort lodging offering food and lodging that promote the health and well-being of patrons; bar, café, cocktail lounge and restaurant services, including sit-down services of food and take-out restaurant services; catering services

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

The mark consists of the word "ASPEN" stacked on the top of the word "SNOWMASS", and a stylized drawing of an aspen leaf positioned to the left of the stacked words.

SEC. 2(F) as to "ASPEN SNOWMASS"

SER. NO. 90-975,905, FILED 01-20-2021

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

### ◇ ASPENX

**Reg. No. 7,076,466**

**Registered Jun. 06, 2023**

**Int. Cl.: 35, 41, 43**

**Service Mark**

**Principal Register**

Aspen Skiing Company  (COLORADO LIMITED LIABILITY COMPANY)
117 Aspen Airport Business Center
Aspen, COLORADO 81611

CLASS 35: Promoting and administering amateur ski programs and activities

FIRST USE 5-12-2021; IN COMMERCE 5-12-2021

CLASS 41: Ski and snowboard resort services; entertainment services in the nature of providing adventure park facilities; summer resort services, namely, providing recreational facilities for hiking, cycling, mountain biking, fishing, paragliding, climbing, camping; providing outdoor live music, namely, concerts; providing a website featuring information about ski-, snow sport-, mountain-, recreational-, and summer-resort entertainment services, and access pass and ticket programs, namely, information on sporting facilities at a resort; rental of skiing and snowboarding gear and equipment, and sports equipment rentals, except vehicles

FIRST USE 5-12-2021; IN COMMERCE 5-12-2021

CLASS 43: Providing a website featuring information about summer resort accommodations

FIRST USE 5-12-2021; IN COMMERCE 5-12-2021

The mark consists of the word "ASPENX" and a stylized drawing of an aspen leaf positioned to the left of the word "ASPENX".

SER. NO. 97-019,511, FILED 09-09-2021

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

⬨ASPENX

**Reg. No. 7,196,998**

**Registered Oct. 17, 2023**

**Int. Cl.: 3, 4, 9, 14, 16, 18, 20, 24, 25, 26, 28, 35**

**Service Mark**

**Trademark**

**Principal Register**

Aspen Skiing Company  (COLORADO LIMITED LIABILITY COMPANY)
117 Aspen Airport Business Center
Aspen, COLORADO 81611

CLASS 3: Lip balm

FIRST USE 5-12-2021; IN COMMERCE 5-12-2021

CLASS 4: Candles

FIRST USE 5-12-2021; IN COMMERCE 5-12-2021

CLASS 9: Decorative magnets; sunglasses; goggles for sports; goggles and sunglasses accessories, namely, cases for sunglasses and cases for goggles; phone wallets, namely, wallets specially adapted to carry cellphones

FIRST USE 5-12-2021; IN COMMERCE 5-12-2021

CLASS 14: Keychains; jewelry

FIRST USE 5-12-2021; IN COMMERCE 5-12-2021

CLASS 16: Books, namely, printed books in the field of winter and summer outdoor sports and recreation; snack packaging boxes made of paper, sold empty

FIRST USE 5-12-2021; IN COMMERCE 5-12-2021

CLASS 18: Woven fabric tote bags, back packs, duffel bags; umbrellas; wallets; luggage tags

FIRST USE 5-12-2021; IN COMMERCE 5-12-2021

CLASS 20: Work of art made of wood, namely, wall art; pillows, picture frames

FIRST USE 5-12-2021; IN COMMERCE 5-12-2021

CLASS 24: Blanket throws, cashmere blankets, pet blankets, children's blankets, baby blankets, woollen blankets, fleece blankets, bed blankets

FIRST USE 5-12-2021; IN COMMERCE 5-12-2021

CLASS 25: Clothing, namely, base layers, vests, shirts, t-shirts, sweatshirts, jackets, ski

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



pants, sweaters, jerseys, socks, belts, scarves, sweaters, tank tops, sweatpants, shirts; headwear, namely, visors, caps, hats and beanies; neck gaiters, scarves

FIRST USE 5-12-2021; IN COMMERCE 5-12-2021

CLASS 26: Ornamental cloth patches; ornamental novelty pins

FIRST USE 5-12-2021; IN COMMERCE 5-12-2021

CLASS 28: Christmas tree ornaments; snow globes; plush toys; stuffed toy animals; games, namely, tabletop games, chess games, dart games, dice games, card games, board games; sporting goods and equipment, namely, skis, snowboards, ski poles; exercise equipment, namely, exercise balls, stability cushions, and resistance bands

FIRST USE 5-12-2021; IN COMMERCE 5-12-2021

CLASS 35: Retail store services in the field of skiing and snowboarding equipment and accessories, apparel, and outdoor sporting goods; retail gift shops

FIRST USE 5-12-2021; IN COMMERCE 5-12-2021

The mark consists of the word "ASPENX" and a stylized drawing of an aspen leaf positioned to the left of the word "ASPENX".

SER. NO. 90-978,239, FILED 04-29-2021

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,800,199
Registered Dec. 30, 2003

### SERVICE MARK
### PRINCIPAL REGISTER

## ASPENSNOWMASS

ASPEN SKIING COMPANY, L.L.C. (COLORADO LIMITED LIABILITY COMPANY)
P.O. BOX 1248
ASPEN, CO 81612

FOR: SKI RESORT SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-30-2000; IN COMMERCE 6-30-2000.

OWNER OF U.S. REG. NO. 1,833,380.

SER. NO. 76-975,799, FILED 7-31-2000.

DOUGLAS LEE, EXAMINING ATTORNEY

**Int. Cls.: 41 and 42**

**Prior U.S. Cls.: 100, 101 and 107**

**United States Patent and Trademark Office**

**Reg. No. 2,906,128**

Registered Nov. 30, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## ASPEN

ASPEN SKIING COMPANY, L.L.C. (COLORADO LTD LIAB CO)
P.O. BOX 1248
ASPEN, CO 81612

FOR: SKI AND SNOWBOARD RESORT SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-31-1947; IN COMMERCE 12-31-1947.

FOR: SUMMER RESORT SERVICES, NAMELY RESORT RESTAURANT AND HOTEL SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12-31-1947; IN COMMERCE 12-31-1947.

OWNER OF U.S. REG. NOS. 1,518,048, 1,645,937 AND OTHERS.

SEC. 2(F).

SER. NO. 78-068,055, FILED 6-8-2001.

MARY BOAGNI, EXAMINING ATTORNEY

**Int. Cls.: 35, 39, and 41**

**Prior U.S. Cls.: 100, 101, 102, 105, and 107**

**United States Patent and Trademark Office**

Reg. No. 3,139,989

Registered Sep. 5, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# ASPENSNOWMASS

ASPEN SKIING COMPANY, L.L.C. (COLORADO LTD LIAB CO)
P.O. BOX 1248
ASPEN, CO 81612

FOR: RETAIL STORES FEATURING SPORTING GOODS, SKIING AND SNOWBOARDING GEAR AND EQUIPMENT, HIKING AND BICYCLING GEAR AND EQUIPMENT, CLOTHING, CLOTHING ACCESSORIES, GLOVES, HATS, T-SHIRTS, GIFTS, AND EYEWEAR, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-0-2005; IN COMMERCE 10-0-2005.

FOR: STORAGE OF SKIING AND SNOW BOARD-ING GEAR AND EQUIPMENT; BICYCLE AND CYCLING ACCESSORIES RENTAL, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 10-0-2005; IN COMMERCE 10-0-2005.

FOR: RENTAL OF SKIING AND SNOW BOARD-ING GEAR AND EQUIPMENT AND SPORTS EQUIPMENT RENTALS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-0-2005; IN COMMERCE 11-0-2005.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,800,199.

SN 78-434,361, FILED 6-13-2004.

ANGELA M. MICHELI, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# ASPEN SNOWMASS

**Reg. No. 7,081,659**

**Registered Jun. 13, 2023**

**Int. Cl.: 3, 4, 6, 9, 14, 16, 18, 20, 24, 25, 26, 28, 35, 39, 41, 43**

**Service Mark**

**Trademark**

**Principal Register**

Aspen Skiing Company  (COLORADO LIMITED LIABILITY COMPANY)
117 Aspen Airport Business Center
Aspen, COLORADO 81611

CLASS 3: Lip balm

FIRST USE 5-00-2016; IN COMMERCE 5-00-2016

CLASS 4: Candles

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 6: Non-luminous and non-mechanical signs made of metal

FIRST USE 5-00-2016; IN COMMERCE 5-00-2016

CLASS 9: Decorative magnets; sunglasses; goggles for sports; goggles and sunglasses accessories, namely, cases for sunglasses and cases for goggles; phone wallets, namely, wallets specially adapted to carry cellphones

FIRST USE 5-00-2016; IN COMMERCE 5-00-2016

CLASS 14: Keychains; jewelry

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 16: Books, namely, printed books in the field of winter and summer outdoor sports and recreation; snack packaging boxes made of paper, sold empty

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 18: Woven fabric tote bags, back packs, duffel bags; umbrellas; wallets; luggage tags

FIRST USE 5-00-2016; IN COMMERCE 5-00-2016

CLASS 20: Work of art made of wood, namely, wall art; pillows, picture frames

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 24: Blanket throws, cashmere blankets, pet blankets, children's blankets, baby

*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 25: Clothing, namely, base layers, vests, shirts, t-shirts, sweatshirts, jackets, ski pants, cycling jerseys, socks, belts, gloves, sweaters, tank tops, sweatpants, shorts; headwear, namely, visors, caps, hats and beanies; neck gaiters, scarves

FIRST USE 5-00-2016; IN COMMERCE 5-00-2016

CLASS 26: Ornamental cloth patches; ornamental novelty pins

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 28: Christmas tree ornaments; snow globes; plush toys; stuffed toy animals; games, namely, tabletop games, chess games, dart games, dice games, card games, board games; sporting goods and equipment, namely, skis, snowboards, ski poles; exercise equipment, namely, exercise balls, stability cushions, and resistance bands

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 35: Retail store services in the field of skiing and snowboarding equipment and accessories, apparel, and outdoor sporting goods; retail gift shops

FIRST USE 10-00-2005; IN COMMERCE 10-00-2005

CLASS 39: Rental of vehicles which are used as sports equipment

FIRST USE 10-00-2005; IN COMMERCE 10-00-2005

CLASS 41: Ski and snowboard resort services; entertainment services in the nature of providing adventure park facilities, activities and programs; summer resort services, namely, providing recreational facilities for hiking, cycling, mountain biking, fishing, paragliding, climbing, camping; providing outdoor live music, namely, concerts; providing a website featuring information about ski-, snow sport-, mountain-, recreational-, and summer- resort services, and access pass and ticket programs, namely, information on sporting facilities at a resort; rental of skiing and snowboarding gear and equipment, and sports equipment rentals, except vehicles

FIRST USE 6-30-2000; IN COMMERCE 6-30-2000

CLASS 43: Hotel and guest hospitality services, namely, restaurant services and resort lodging offering food and lodging that promote the health and well-being of patrons; bar, café, cocktail lounge and restaurant services, including sit-down services of food and take-out restaurant services; catering services

FIRST USE 5-00-2016; IN COMMERCE 5-00-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 90-975,903, FILED 01-20-2021

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cls.: 14 and 41

Prior U.S. Cls.: 28, 100 and 107

**United States Patent and Trademark Office**

Reg. No. 1,645,937
Registered May 28, 1991

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## ASPEN HIGHLANDS

ASPEN HIGHLANDS SKIING CORPORATION (DELAWARE CORPORATION)
P.O. BOX T
ASPEN, CO 81612

FOR: ORNAMENTAL LAPEL PINS, NAMELY SKI PINS, IN CLASS 14 (U.S. CL. 28).

FIRST USE 9–0–1976; IN COMMERCE 9–0–1976.

FOR: RECREATIONAL SKI RESORT FACILITIES, ORGANIZING AND PROMOTING SKI RACES AND PROVIDING COURSES OF IN-STRUCTION IN SKIING, IN CLASS 41 (U.S. CLS. 100 AND 107).

FIRST USE 9–0–1958; IN COMMERCE 9–0–1958.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ASPEN", APART FROM THE MARK AS SHOWN.

SER. NO. 74–045,954, FILED 4–5–1990.

EDWARD NELSON, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,572,092**

**Registered Sep. 25, 2018**

**Int. Cl.: 25, 41, 43**

**Service Mark**

**Trademark**

**Principal Register**

Aspen Skiing Company  (COLORADO LIMITED LIABILITY COMPANY)
P.o. Box 1248
Aspen, COLORADO 81612

CLASS 25: Clothing, namely, base layers, vests, shirts, t-shirts, sweatshirts, robes, bathrobes, jackets, ski pants, cycling jerseys, socks, belts, gloves; headwear, namely, visors, caps, hats and beanies; footwear

FIRST USE 9-18-2017; IN COMMERCE 9-18-2017

CLASS 41: Ski and snowboard resort services; entertainment services in the nature of providing adventure park facilities, activities and programs; summer resort services, namely, providing recreational facilities for hiking, cycling, mountain biking, fishing, golfing, paragliding, tennis, climbing, camping; providing outdoor live music; providing a website featuring information about ski, snow sport, mountain, recreational, and summer resort services, and access pass and ticket programs, namely, information on sporting facilities at a resort

FIRST USE 9-18-2017; IN COMMERCE 9-18-2017

CLASS 43: Hotel and guest hospitality services, namely, restaurant resort services offering food and lodging that promote the health and well-being of patrons; bar, café, lounge and restaurant services, including sit-down services of food and take-out restaurant services; catering services

FIRST USE 9-18-2017; IN COMMERCE 9-18-2017

The mark consists of two concentric circles with the outer circle appearing with a border. In the outer circle are the words "THE ASPEN WAY LOVE RESPECT COMMIT UNITY" positioned around the circumference of the smaller circle with the asterisk at the beginning and the end of the wording "THE ASPEN WAY" and the dashes between the words "UNITY LOVE RESPECT COMMIT". A stylized drawing of an aspen leaf is positioned in the center of the inner circle.

SER. NO. 87-687,621, FILED 11-16-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cls.: 43 and 45**

**Prior U.S. Cls.: 100 and 101**

**Reg. No. 3,003,578**

**United States Patent and Trademark Office**    Registered Oct. 4, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

## ASPEN MOUNTAIN CLUB

ASPEN SKIING COMPANY (COLORADO LTD LIAB CO)
P.O. BOX 1248
ASPEN, CO 81612

FOR: RESTAURANT AND LOUNGE SERVICES; PROVIDING BANQUET AND SOCIAL FUNCTION FACILITIES FOR OCCASIONS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 11-0-2000; IN COMMERCE 11-0-2000.

FOR: PRIVATE SOCIAL CLUB SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 11-0-2000; IN COMMERCE 11-0-2000.

OWNER OF U.S. REG. NO. 2,906,128.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MOUNTAIN CLUB", APART FROM THE MARK AS SHOWN.

SEC. 2(F) ASPEN.

SER. NO. 78-275,745, FILED 7-17-2003.

KELLY BOULTON, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2023-12-08 14:30:22 EST

**Mark:** ASPENX BEACH CLUB



**US Serial Number:** 97679747

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**

**Application Filing Date:** Nov. 16, 2022

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Nov. 28, 2023

**Publication Date:** Oct. 03, 2023 **Notice of Allowance Date:** Nov. 28, 2023

## Mark Information

**Mark Literal Elements:** ASPENX BEACH CLUB

**Standard Character Claim:** No

**Mark Drawing Type:** 5 - AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM

**Description of Mark:** The mark consists of the stylized wording "ASPENX BEACH CLUB", in which the word "ASPENX" is shown in a larger font and stacked above the wording "BEACH CLUB", which is in a smaller font.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** "CLUB"

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** woven fabric tote bags, back packs, duffel bags; umbrellas; wallets; luggage tags

**International Class(es):** 018 - Primary Class      **U.S Class(es):** 001, 002, 003, 022, 041

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** mugs; coasters made of stone; household and kitchen goods, namely, drinking glasses, shot glasses, bottle openers, wine openers, cutting boards, serving trays, reusable glass water bottles sold empty; reusable plastic water bottles sold empty; reusable stainless steel water bottles sold empty; can holders, namely, insulating sleeve holders for beverage cans

**International Class(es):** 021 - Primary Class      **U.S Class(es):** 002, 013, 023, 029, 030, 033, 040, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** blanket throws, cashmere blankets, pet blankets, children's blankets, baby blankets, woolen blankets, fleece blankets, bed blankets

| | | | |
|---|---|---|---|
| **International Class(es):** | 024 - Primary Class | **U.S Class(es):** | 042, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | |
|---|---|
| **For:** | clothing, namely, base layers, vests, shirts, t-shirts, sweatshirts, jackets, ski pants, cycling jerseys, socks, belts, gloves, sweaters, tank tops, sweatpants, shorts; headwear, namely, visors, caps, hats and beanies; neck gaiters, scarves |

| | | | |
|---|---|---|---|
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | |
|---|---|
| **For:** | retail store services in the field of skiing and snowboarding equipment and accessories, apparel, and outdoor sporting goods; retail gift shops |

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | |
|---|---|
| **For:** | entertainment services in the nature of hosting social entertainment events; entertainment services in the nature of live musical performances and providing pre-recorded musical performances; day club services, namely, arranging, organizing, and hosting social events, get-togethers, and parties, ALL FOR ENTERTAINMENT PURPOSES; entertainment services, namely, conducting parties primarily featuring live and recorded music, and also including other entertainment plus food and beverages, none of the foregoing services taking place on a beach |

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | |
|---|---|
| **For:** | restaurant, bar and catering services, none of the foregoing services taking place on a beach |

| | | | |
|---|---|---|---|
| **International Class(es):** | 043 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Aspen Skiing Company | | |
| **Owner Address:** | 117 Aspen Airport Business Center<br>Aspen, COLORADO UNITED STATES 81611 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized** | COLORADO |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Ian L. Saffer | **Docket Number:** | 0964.112-TM |
| **Attorney Primary Email Address:** | efs@adseroip.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent** | Ian L. Saffer |

| **Name/Address:** | Quarles & Brady LLP | | |
| | 8210 SOUTHPARK TERRACE | | |
| | LITTLETON, COLORADO UNITED STATES 80120 | | |
| **Phone:** | 303-268-0066 | **Fax:** | 833-793-0703 |
| **Correspondent e-mail:** | efs@adseroip.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 28, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 03, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 03, 2023 | PUBLISHED FOR OPPOSITION | |
| Sep. 13, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 29, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 01, 2023 | EXAMINER'S AMENDMENT ENTERED | |
| Aug. 01, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Aug. 01, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Aug. 01, 2023 | EXAMINERS AMENDMENT -WRITTEN | |
| Jul. 24, 2023 | ASSIGNED TO EXAMINER | |
| Mar. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Dec. 07, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 19, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

| **TM Attorney:** | REGAN, JOHN B | **Law Office Assigned:** | LAW OFFICE 113 |

**File Location**

| **Current Location:** | INTENT TO USE SECTION | **Date in Location:** | Nov. 28, 2023 |

**Generated on:** This page was generated by TSDR on 2023-12-08 14:16:41 EST

**Mark:** ASPEN SNOWMASS

ASPEN SNOWMASS

**US Serial Number:** 90476606

**Application Filing Date:** Jan. 20, 2021

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Nov. 14, 2023

**Publication Date:** Sep. 19, 2023 **Notice of Allowance Date:** Nov. 14, 2023

## Mark Information

**Mark Literal Elements:** ASPEN SNOWMASS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Parent Of:** 90975903

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Mugs; coasters made of stone; household and kitchen goods, namely, drinking glasses, shot glasses, bottle openers, wine openers, cutting boards, serving trays, reusable glass water bottles sold empty; reusable plastic water bottles sold empty; reusable stainless steel water bottles sold empty; can holders, namely, insulating sleeve holders for beverage cans

**International Class(es):** 021 - Primary Class

**U.S Class(es):** 002, 013, 023, 029, 030, 033, 040, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

|  |  |  |  |
|---|---|---|---|
| **Filed 66A:** No |  | **Currently No Basis:** No |  |
| **Filed No Basis:** No |  |  |  |

# Current Owner(s) Information

**Owner Name:** Aspen Skiing Company

**Owner Address:** 117 Aspen Airport Business Center
Aspen, COLORADO UNITED STATES 81611

**Legal Entity Type:** LIMITED LIABILITY COMPANY     **State or Country Where Organized:** COLORADO

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Ian L. Saffer     **Docket Number:** 0964.103-TM

**Attorney Primary Email Address:** efs@adseroip.com     **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Ian L. Saffer
Quarles & Brady LLP
8210 SOUTHPARK TERRACE
LITTLETON, COLORADO UNITED STATES 80120

**Phone:** 303-268-0066     **Fax:** 303-268-0065

**Correspondent e-mail:** efs@adseroip.com     **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 14, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 16, 2023 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Sep. 19, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Sep. 19, 2023 | PUBLISHED FOR OPPOSITION | |
| Aug. 30, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 11, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 14, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jul. 14, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 14, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jul. 13, 2023 | ASSIGNED TO LIE | |
| Mar. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 13, 2023 | TEAS RESPONSE TO SUSPENSION INQUIRY RECEIVED | |
| Feb. 06, 2023 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Jun. 07, 2022 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Nov. 05, 2021 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| Nov. 05, 2021 | LETTER OF SUSPENSION E-MAILED | |
| Nov. 05, 2021 | SUSPENSION LETTER WRITTEN | |
| Nov. 05, 2021 | EXAMINER'S AMENDMENT ENTERED | |
| Nov. 05, 2021 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Nov. 05, 2021 | EXAMINERS AMENDMENT E-MAILED | |
| Nov. 05, 2021 | EXAMINERS AMENDMENT -WRITTEN | |
| Oct. 28, 2021 | DIVISIONAL PROCESSING COMPLETE | |
| Oct. 08, 2021 | DIVISIONAL REQUEST RECEIVED | |
| Oct. 27, 2021 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Oct. 09, 2021 | TEAS/EMAIL CORRESPONDENCE ENTERED | |

| | |
|---|---|
| Oct. 08, 2021 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Oct. 08, 2021 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Oct. 08, 2021 | TEAS REQUEST TO DIVIDE RECEIVED |
| Aug. 14, 2021 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Aug. 14, 2021 | NON-FINAL ACTION E-MAILED |
| Aug. 14, 2021 | NON-FINAL ACTION WRITTEN |
| Aug. 03, 2021 | ASSIGNED TO EXAMINER |
| Apr. 21, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jan. 23, 2021 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

| TM Staff Information | |
|---|---|
| **TM Attorney:** REGAN, JOHN B | **Law Office Assigned:** LAW OFFICE 113 |
| File Location | |
| **Current Location:** INTENT TO USE SECTION | **Date in Location:** Nov. 14, 2023 |

**Generated on:** This page was generated by TSDR on 2023-12-08 14:17:18 EST

**Mark:** ASPENX BEACH CLUB

ASPENX BEACH CLUB

| | | | |
|---|---|---|---|
| **US Serial Number:** 97679741 | | **Application Filing Date:** | Nov. 16, 2022 |
| **Register:** Principal | | | |
| **Mark Type:** Trademark, Service Mark | | | |

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Nov. 28, 2023

**Publication Date:** Oct. 03, 2023 **Notice of Allowance Date:** Nov. 28, 2023

## Mark Information

**Mark Literal Elements:** ASPENX BEACH CLUB

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "CLUB"

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** woven fabric tote bags, back packs, duffel bags; umbrellas; wallets; luggage tags

**International Class(es):** 018 - Primary Class          **U.S Class(es):** 001, 002, 003, 022, 041

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** mugs; coasters made of stone; household and kitchen goods, namely, drinking glasses, shot glasses, bottle openers, wine openers, cutting boards, serving trays, reusable glass water bottles sold empty; reusable plastic water bottles sold empty; reusable stainless steel water bottles sold empty; can holders, namely, insulating sleeve holders for beverage cans

**International Class(es):** 021 - Primary Class          **U.S Class(es):** 002, 013, 023, 029, 030, 033, 040, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** blanket throws, cashmere blankets, pet blankets, children's blankets, baby blankets, woolen blankets, fleece blankets, bed blankets

**International Class(es):** 024 - Primary Class          **U.S Class(es):** 042, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** clothing, namely, base layers, vests, shirts, t-shirts, sweatshirts, jackets, ski pants, cycling jerseys, socks, belts, gloves, sweaters, tank tops, sweatpants, shorts; headwear, namely, visors, caps, hats and beanies; neck gaiters, scarves

**International Class(es):** 025 - Primary Class          **U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** retail store services in the field of skiing and snowboarding equipment and accessories, apparel, and outdoor sporting goods; retail gift shops

**International Class(es):** 035 - Primary Class          **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** entertainment services in the nature of hosting social entertainment events; entertainment services in the nature of live musical performances and providing pre-recorded musical performances; day club services, namely, arranging, organizing, and hosting social events, get-togethers, and parties, ALL FOR ENTERTAINMENT PURPOSES; entertainment services, namely, conducting parties primarily featuring live and recorded music, and also including other entertainment plus food and beverages, none of the foregoing services taking place on a beach

**International Class(es):** 041 - Primary Class          **U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** restaurant, bar and catering services, none of the foregoing services taking place on a beach

**International Class(es):** 043 - Primary Class          **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Aspen Skiing Company

**Owner Address:** 117 Aspen Airport Business Center
Aspen, COLORADO UNITED STATES 81611

**Legal Entity Type:** LIMITED LIABILITY COMPANY          **State or Country Where Organized:** COLORADO

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Ian L. Saffer | **Docket Number:** | 0964.111-TM |
| **Attorney Primary Email Address:** | efs@adseroip.com | **Attorney Email Authorized:** | Yes |

### Correspondent

**Correspondent Name/Address:** Ian L. Saffer
Quarles & Brady LLP
8210 SOUTHPARK TERRACE
LITTLETON, COLORADO UNITED STATES 80120

**Phone:** 303-268-0066          **Fax:** 833-793-0703

| | | |
|---|---|---|
| **Correspondent e-mail:** | efs@adseroip.com | **Correspondent e-mail Authorized:** Yes |

| **Domestic Representative - Not Found** |
|---|

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 28, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 03, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 03, 2023 | PUBLISHED FOR OPPOSITION | |
| Sep. 13, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 28, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 01, 2023 | EXAMINER'S AMENDMENT ENTERED | |
| Aug. 01, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Aug. 01, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Aug. 01, 2023 | EXAMINERS AMENDMENT -WRITTEN | |
| Jul. 24, 2023 | ASSIGNED TO EXAMINER | |
| Mar. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Dec. 07, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 19, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

| **TM Staff Information** | | |
|---|---|---|
| **TM Attorney:** REGAN, JOHN B | **Law Office Assigned:** | LAW OFFICE 113 |

| **File Location** | | |
|---|---|---|
| **Current Location:** INTENT TO USE SECTION | **Date in Location:** | Nov. 28, 2023 |

**Generated on:** This page was generated by TSDR on 2023-12-08 14:20:24 EST

**Mark:**



| | | | |
|---|---|---|---|
| **US Serial Number:** | 90476617 | **Application Filing Date:** | Jan. 20, 2021 |
| **US Registration Number:** | 7087551 | **Registration Date:** | Jun. 20, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jun. 20, 2023

**Publication Date:** Nov. 30, 2021 **Notice of Allowance Date:** Jan. 25, 2022

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | None |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of a stylized drawing of an aspen leaf. |
| **Design Search Code(s):** | 05.03.25 - Leaf, single; Other leaves |
| | 21.01.02 - Spades, on playing cards |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Lip balm | | |
| **International Class(es):** | 003 - Primary Class | **U.S Class(es):** | 001, 004, 006, 050, 051, 052 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Aug. 10, 2021 | **Use in Commerce:** | Aug. 10, 2021 |
| **For:** | Candles | | |
| **International Class(es):** | 004 - Primary Class | **U.S Class(es):** | 001, 006, 015 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Aug. 10, 2021 | **Use in Commerce:** | Aug. 10, 2021 |

**For:** Non-luminous and non-mechanical signs made of metal

**International Class(es):** 006 - Primary Class      **U.S Class(es):** 002, 012, 013, 014, 023, 025, 050

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 10, 2021      **Use in Commerce:** Aug. 10, 2021

---

**For:** Decorative magnets; sunglasses; goggles for sports; goggles and sunglasses accessories, namely, cases for sunglasses and cases for goggles; phone wallets, namely, wallets specially adapted to carry cellphones

**International Class(es):** 009 - Primary Class      **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 10, 2021      **Use in Commerce:** Aug. 10, 2021

---

**For:** Keychains; jewelry

**International Class(es):** 014 - Primary Class      **U.S Class(es):** 002, 027, 028, 050

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 10, 2021      **Use in Commerce:** Aug. 10, 2021

---

**For:** Printed note cards and envelopes; printed illustrations; photographic prints; blank journals for writing; paper notebooks; printed postcards; decals and stickers; pens; pen or pencil holders; books, namely, printed books in the fields of winter and summer outdoor sports and recreation; snack packaging boxes made of paper, sold empty; packaging containers made of paper; paper bags for packaging and paper containers for food and beverages

**International Class(es):** 016 - Primary Class      **U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 10, 2021      **Use in Commerce:** Aug. 10, 2021

---

**For:** Woven fabric tote bags, back packs, duffel bags; umbrellas; wallets; luggage tags; dog collars and leads; dog leashes

**International Class(es):** 018 - Primary Class      **U.S Class(es):** 001, 002, 003, 022, 041

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 10, 2021      **Use in Commerce:** Aug. 10, 2021

---

**For:** Work of art made of wood, namely, wall art; pillows; picture frames

**International Class(es):** 020 - Primary Class      **U.S Class(es):** 002, 013, 022, 025, 032, 050

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 10, 2021      **Use in Commerce:** Aug. 10, 2021

---

**For:** Mugs; coasters made of stone; household and kitchen goods, namely, drinking glasses, shot glasses, bottle openers, wine openers, cutting boards, serving trays, reusable glass water bottles sold empty; reusable plastic water bottles sold empty; reusable stainless steel water bottles sold empty; can holders, namely, insulating sleeve holders for beverage cans; dog bowls

**International Class(es):** 021 - Primary Class      **U.S Class(es):** 002, 013, 023, 029, 030, 033, 040, 050

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 10, 2021      **Use in Commerce:** Aug. 10, 2021

---

**For:** Blanket throws, cashmere blankets, pet blankets, children's blankets, baby blankets, woollen blankets, fleece blankets, bed blankets

**International Class(es):** 024 - Primary Class      **U.S Class(es):** 042, 050

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 10, 2021      **Use in Commerce:** Aug. 10, 2021

**For:** Clothing, namely, base layers, vests, shirts, t-shirts, sweatshirts, jackets, ski pants, cycling jerseys, socks, belts, gloves, sweaters, tank tops, sweatpants, shorts; headwear, namely, visors, caps, hats and beanies; neck gaiters, scarves

**International Class(es):** 025 - Primary Class      **U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 10, 2021      **Use in Commerce:** Aug. 10, 2021

**For:** Ornamental cloth patches; ornamental novelty pins

**International Class(es):** 026 - Primary Class      **U.S Class(es):** 037, 039, 040, 042, 050

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 10, 2021      **Use in Commerce:** Aug. 10, 2021

**For:** Christmas tree ornaments; snow globes; plush toys; stuffed toy animals; games, namely, tabletop games, chess games, dart games, dice games, card games, board games; sporting goods and equipment, namely, skis, snowboards, ski poles; exercise equipment, namely, yoga pads in the nature of cushions, exercise balls, stability cushions, and resistance bands; pet toys

**International Class(es):** 028 - Primary Class      **U.S Class(es):** 022, 023, 038, 050

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 10, 2021      **Use in Commerce:** Aug. 10, 2021

**For:** Retail store services in the field of skiing and snowboarding equipment and accessories, apparel, and outdoor sporting goods; retail gift shops

**International Class(es):** 035 - Primary Class      **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 10, 2021      **Use in Commerce:** Aug. 10, 2021

**For:** Rental of vehicles which are used as sports equipment

**International Class(es):** 039 - Primary Class      **U.S Class(es):** 100, 105

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 10, 2021      **Use in Commerce:** Aug. 10, 2021

**For:** Ski and snowboard resort services; entertainment services in the nature of providing adventure park facilities, activities and programs; summer resort services, namely, providing recreational facilities for hiking, cycling, mountain biking, fishing, golfing, paragliding, tennis, climbing, camping; providing outdoor live music, namely, concerts; providing a website featuring information about ski-, snow sport-, mountain-, recreational-, and summer-resort services, and access pass and ticket programs, namely, information on sporting facilities at a resort; rental of skiing and snowboarding gear and equipment and sports equipment rentals, except vehicles

**International Class(es):** 041 - Primary Class      **U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 10, 2021      **Use in Commerce:** Aug. 10, 2021

**For:** Hotel and guest hospitality services, namely, restaurant services and resort lodging offering food and lodging that promote the health and well-being of patrons; bar, café, cocktail lounge and restaurant services, including sit-down services of food and take-out restaurant services; catering services

**International Class(es):** 043 - Primary Class      **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(a)

|  | |  | |
|---|---|---|---|
| **First Use:** | Aug. 10, 2021 | **Use in Commerce:** | Aug. 10, 2021 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| | | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Aspen Skiing Company |
| **Owner Address:** | 117 Aspen Airport Business Center<br>Aspen, COLORADO UNITED STATES 81611 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | COLORADO |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Ian L. Saffer | **Docket Number:** | 0964.101-TM |
| **Attorney Primary Email Address:** | efs@adseroip.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Ian L. Saffer<br>Quarles & Brady LLP<br>8210 SOUTHPARK TERRACE<br>LITTLETON, COLORADO UNITED STATES 80120 |
| **Phone:** 303-268-0066 | **Fax:** 833-793-0703 |
| **Correspondent e-mail:** efs@adseroip.com | **Correspondent e-mail Authorized:** Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 20, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Jun. 20, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| May 17, 2023 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| May 16, 2023 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Apr. 17, 2023 | STATEMENT OF USE PROCESSING COMPLETE | |
| Mar. 28, 2023 | USE AMENDMENT FILED | |
| Apr. 17, 2023 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Mar. 28, 2023 | TEAS STATEMENT OF USE RECEIVED | |
| Mar. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 26, 2023 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jan. 24, 2023 | SOU EXTENSION 2 GRANTED | |
| Jan. 24, 2023 | SOU EXTENSION 2 FILED | |
| Jan. 24, 2023 | SOU TEAS EXTENSION RECEIVED | |
| Jul. 20, 2022 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jul. 18, 2022 | SOU EXTENSION 1 GRANTED | |
| Jul. 18, 2022 | SOU EXTENSION 1 FILED | |
| Jul. 18, 2022 | SOU TEAS EXTENSION RECEIVED | |

| | |
|---|---|
| Jan. 25, 2022 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Nov. 30, 2021 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Nov. 30, 2021 | PUBLISHED FOR OPPOSITION |
| Nov. 10, 2021 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Oct. 22, 2021 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Sep. 24, 2021 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Sep. 24, 2021 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Sep. 24, 2021 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Aug. 14, 2021 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Aug. 14, 2021 | NON-FINAL ACTION E-MAILED |
| Aug. 14, 2021 | NON-FINAL ACTION WRITTEN |
| Aug. 03, 2021 | ASSIGNED TO EXAMINER |
| Apr. 22, 2021 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Apr. 21, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jan. 23, 2021 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** May 16, 2023

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,087,551**

**Registered Jun. 20, 2023**

**Int. Cl.: 3, 4, 6, 9, 14, 16, 18, 20, 21, 24, 25, 26, 28, 35, 39, 41, 43**

**Service Mark**

**Trademark**

**Principal Register**

Aspen Skiing Company  (COLORADO LIMITED LIABILITY COMPANY)
117 Aspen Airport Business Center
Aspen, COLORADO 81611

CLASS 3: Lip balm

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 4: Candles

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 6: Non-luminous and non-mechanical signs made of metal

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 9: Decorative magnets; sunglasses; goggles for sports; goggles and sunglasses accessories, namely, cases for sunglasses and cases for goggles; phone wallets, namely, wallets specially adapted to carry cellphones

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 14: Keychains; jewelry

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 16: Printed note cards and envelopes; printed illustrations; photographic prints; blank journals for writing; paper notebooks; printed postcards; decals and stickers; pens; pen or pencil holders; books, namely, printed books in the fields of winter and summer outdoor sports and recreation; snack packaging boxes made of paper, sold empty; packaging containers made of paper; paper bags for packaging and paper containers for food and beverages

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



luggage tags; dog collars and leads; dog leashes

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 20: Work of art made of wood, namely, wall art; pillows, picture frames

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 21: Mugs; coasters made of stone; household and kitchen goods, namely, drinking glasses, shot glasses, bottle openers, wine openers, cutting boards, serving trays, reusable glass water bottles sold empty; reusable plastic water bottles sold empty; reusable stainless steel water bottles sold empty; can holders, namely, insulating sleeve holders for beverage cans; dog bowls

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 24: Blanket throws, cashmere blankets, pet blankets, children's blankets, baby blankets, woollen blankets, fleece blankets, bed blankets

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 25: Clothing, namely, base layers, vests, shirts, t-shirts, sweatshirts, jackets, ski pants, cycling jerseys, socks, belts, gloves, sweaters, tank tops, sweatpants, shorts; headwear, namely, visors, caps, hats and beanies; neck gaiters, scarves

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 26: Ornamental cloth patches; ornamental novelty pins

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 28: Christmas tree ornaments; snow globes; plush toys; stuffed toy animals; games, namely, tabletop games, chess games, dart games, dice games, card games, board games; sporting goods and equipment, namely, skis, snowboards, ski poles; exercise equipment, namely, yoga pads in the nature of cushions, exercise balls, stability cushions, and resistance bands; pet toys

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 35: Retail store services in the field of skiing and snowboarding equipment and accessories, apparel, and outdoor sporting goods; retail gift shops

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 39: Rental of vehicles which are used as sports equipment

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 41: Ski and snowboard resort services; entertainment services in the nature of providing adventure park facilities, activities and programs; summer resort services, namely, providing recreational facilities for hiking, cycling, mountain biking, fishing, golfing, paragliding, tennis, climbing, camping; providing outdoor live music, namely, concerts; providing a website featuring information about ski-, snow sport-, mountain-, recreational-, and summer-resort services, and access pass and ticket programs, namely, information on sporting facilities at a resort; rental of skiing and snowboarding gear and equipment and sports equipment rentals, except vehicles

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

CLASS 43: Hotel and guest hospitality services, namely, restaurant services and resort lodging offering food and lodging that promote the health and well-being of patrons; bar, café, cocktail lounge and restaurant services, including sit-down services of food

and the our restaurant services; catering services

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

The mark consists of a stylized drawing of an aspen leaf.

SER. NO. 90-476,617, FILED 01-20-2021

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2023-12-08 14:21:02 EST

**Mark:** ASPENX



| | | |
|---|---|---|
| **US Serial Number:** 90680774 | **Application Filing Date:** | Apr. 29, 2021 |
| **Register:** Principal | | |
| **Mark Type:** Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Nov. 14, 2023

**Publication Date:** Sep. 19, 2023 **Notice of Allowance Date:** Nov. 14, 2023

## Mark Information

**Mark Literal Elements:** ASPENX

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the word "ASPENX" and a stylized drawing of an aspen leaf positioned to the left of the word "ASPENX".

**Design Search Code(s):** 05.03.25 - Leaf, single; Other leaves
21.01.02 - Spades, on playing cards

## Related Properties Information

**Parent Of:** 90975904

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Mugs; coasters made of stone; household and kitchen goods, namely, drinking glasses, shot glasses, bottle openers, wine openers, cutting boards, serving trays, reusable glass water bottles sold empty; reusable plastic water bottles sold empty; reusable stainless steel water bottles sold empty; can holders, namely, insulating sleeve holders for beverage cans

**International Class(es):** 021 - Primary Class     **U.S Class(es):** 002, 013, 023, 029, 030, 033, 040, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No     **Currently Use:** No

| | | | |
|---|---|---|---|
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Aspen Skiing Company |
| **Owner Address:** | 117 Aspen Airport Business Center<br>Aspen, COLORADO UNITED STATES 81611 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | COLORADO |

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Ian L. Saffer | **Docket Number:** | 0964.104-TM |
| **Attorney Primary Email Address:** | efs@adseroip.com | **Attorney Email Authorized** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Ian L. Saffer<br>Quarles & Brady LLP<br>8210 SOUTHPARK TERRACE<br>LITTLETON, COLORADO UNITED STATES 80120 | | |
| **Phone:** | 303-268-0066 | **Fax:** | 303-268-0065 |
| **Correspondent e-mail:** | efs@adseroip.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 14, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 16, 2023 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Sep. 19, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Sep. 19, 2023 | PUBLISHED FOR OPPOSITION | |
| Aug. 30, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 14, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 17, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jul. 17, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 17, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jul. 13, 2023 | ASSIGNED TO LIE | |
| Mar. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 13, 2023 | TEAS RESPONSE TO SUSPENSION INQUIRY RECEIVED | |
| Mar. 06, 2023 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Jun. 03, 2022 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Nov. 03, 2021 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| Nov. 03, 2021 | LETTER OF SUSPENSION E-MAILED | |
| Nov. 03, 2021 | SUSPENSION LETTER WRITTEN | |
| Oct. 28, 2021 | DIVISIONAL PROCESSING COMPLETE | |
| Oct. 06, 2021 | DIVISIONAL REQUEST RECEIVED | |
| Oct. 27, 2021 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Oct. 07, 2021 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Oct. 06, 2021 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |

| | |
|---|---|
| Oct. 06, 2021 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Oct. 06, 2021 | TEAS REQUEST TO DIVIDE RECEIVED |
| Aug. 14, 2021 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Aug. 14, 2021 | NON-FINAL ACTION E-MAILED |
| Aug. 14, 2021 | NON-FINAL ACTION WRITTEN |
| Aug. 11, 2021 | ASSIGNED TO EXAMINER |
| Aug. 04, 2021 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Aug. 03, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| May 03, 2021 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** REGAN, JOHN B

**Law Office Assigned:** LAW OFFICE 113

**File Location**

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Nov. 14, 2023

**Generated on:** This page was generated by TSDR on 2023-12-08 14:23:41 EST

**Mark:** ASPEN ONE

# ASPEN ONE

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98228313 | **Application Filing Date:** | Oct. 17, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Awaiting Examination |
| | | | The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. |
| **Status:** | New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information. | | |
| **Status Date:** | Oct. 24, 2023 | | |

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | ASPEN ONE |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Clothing, namely, base layers, vests, shirts, t-shirts, sweatshirts, jackets, ski pants, cycling jerseys, socks, belts, gloves, sweaters, tank tops, sweatpants, shorts; headwear, namely, visors, caps, hats and beanies; neck gaiters, scarves |
| **International Class(es):** | 025 - Primary Class **U.S Class(es):** 022, 039 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

| | |
|---|---|
| **For:** | Ski and snowboard resort services; entertainment services in the nature of providing adventure park facilities, activities and programs; summer resort services, namely, providing recreational facilities for hiking, cycling, mountain biking, fishing, paragliding, climbing, camping; providing outdoor live music, namely, concerts; providing a website featuring information about ski-, snow sport-, mountain-, recreational-, and summer-resort services, and access pass and ticket programs, namely, information on sporting facilities at a resort; rental of skiing and snowboarding gear and equipment, and sports equipment rentals, except vehicles |
| **International Class(es):** | 041 - Primary Class **U.S Class(es):** 100, 101, 107 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

| | |
|---|---|
| **For:** | Hotel and guest hospitality services, namely, restaurant services and resort lodging offering food and lodging that promote the health and well-being of patrons; bar, café, cocktail lounge and restaurant services, including sit-down services of food and take-out restaurant services; catering services |
| **International Class(es):** | 043 - Primary Class **U.S Class(es):** 100, 101 |
| **Class Status:** | ACTIVE |

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Aspen Skiing Company

**Owner Address:** 117 Aspen Airport Business Center
Aspen, COLORADO UNITED STATES 81611

**Legal Entity Type:** LIMITED LIABILITY COMPANY     **State or Country Where Organized:** COLORADO

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Ian L. Saffer     **Docket Number:** 195964.00158

**Attorney Primary Email Address:** tm-dept@quarles.com     **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** IAN L. SAFFER
QUARLES & BRADY LLP
8210 SOUTHPARK TERRACE
LITTLETON, COLORADO UNITED STATES 80120

**Phone:** 303-268-0066     **Fax:** 833-793-0703

**Correspondent e-mail:** tm-dept@quarles.com     **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 24, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Oct. 20, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:**     **Law Office Assigned:** Not Assigned

### File Location

**Current Location:** NEW APPLICATION PROCESSING     **Date in Location:** Oct. 24, 2023

**Generated on:** This page was generated by TSDR on 2023-12-08 14:24:07 EST

**Mark:** ASPEN ONE



| | |
|---|---|
| **US Serial Number:** 98228317 | **Application Filing Date:** Oct. 17, 2023 |
| **Register:** Principal | |
| **Mark Type:** Trademark, Service Mark | |

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Oct. 24, 2023

# Mark Information

**Mark Literal Elements:** ASPEN ONE

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the stylized wording "ASPEN ONE" and a stylized drawing of an aspen leaf positioned to the left of the stylized wording "ASPEN ONE".

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 05.03.25 - Leaf, single; Other leaves

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Clothing, namely, base layers, vests, shirts, t-shirts, sweatshirts, jackets, ski pants, cycling jerseys, socks, belts, gloves, sweaters, tank tops, sweatpants, shorts; headwear, namely, visors, caps, hats and beanies; neck gaiters, scarves

**International Class(es):** 025 - Primary Class          **U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Ski and snowboard resort services; entertainment services in the nature of providing adventure park facilities, activities and programs; summer resort services, namely, providing recreational facilities for hiking, cycling, mountain biking, fishing, paragliding, climbing, camping; providing outdoor live music, namely, concerts; providing a website featuring information about ski-, snow sport-, mountain-, recreational-, and summer-resort services, and access pass and ticket programs, namely, information on sporting facilities at a resort; rental of skiing and snowboarding gear and equipment, and sports equipment rentals, except vehicles

**International Class(es):** 041 - Primary Class          **U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**Basis:** 1(b)

|  |  |
|---|---|
| **For:** | Hotel and guest hospitality services, namely, restaurant services and resort lodging offering food and lodging that promote the health and well-being of patrons; bar, café, cocktail lounge and restaurant services, including sit-down services of food and take-out restaurant services; catering services |
| **International Class(es):** | 043 - Primary Class |
| **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Aspen Skiing Company |
| **Owner Address:** | 117 Aspen Airport Business Center<br>Aspen, COLORADO UNITED STATES 81611 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | COLORADO |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Ian L. Saffer | **Docket Number:** | 195964.00159 |
| **Attorney Primary Email Address:** | tm-dept@quarles.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | IAN L. SAFFER<br>QUARLES & BRADY LLP<br>8210 SOUTHPARK TERRACE<br>LITTLETON, COLORADO UNITED STATES 80120 |
| **Phone:** 303-268-0066 | **Fax:** 833-793-0703 |
| **Correspondent e-mail:** tm-dept@quarles.com | **Correspondent e-mail Authorized:** Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 25, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Oct. 24, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Oct. 20, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | | **Law Office Assigned:** | Not Assigned |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Oct. 24, 2023 |

**Generated on:** This page was generated by TSDR on 2023-12-08 14:24:37 EST

**Mark:** ASPEN SNOWMASS



| | | |
|---|---|---|
| **US Serial Number:** 90476612 | **Application Filing Date:** | Jan. 20, 2021 |
| **Register:** Principal | | |
| **Mark Type:** Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Nov. 07, 2023

**Publication Date:** Sep. 12, 2023 **Notice of Allowance Date:** Nov. 07, 2023

# Mark Information

**Mark Literal Elements:** ASPEN SNOWMASS

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the word "ASPEN" stacked on the top of the word "SNOWMASS", and a stylized drawing of an aspen leaf positioned to the left of the stacked words.

**Acquired Distinctiveness Claim:** In part

**Distinctiveness Limitation Statement:** "ASPEN SNOWMASS"

**Design Search Code(s):** 05.03.25 - Leaf, single; Other leaves
21.01.02 - Spades, on playing cards

# Related Properties Information

**Parent Of:** 90975905

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Mugs; coasters made of stone; household and kitchen goods, namely, drinking glasses, shot glasses, bottle openers, wine openers, cutting boards, serving trays, reusable glass water bottles sold empty; reusable plastic water bottles sold empty; reusable stainless steel water bottles sold empty; can holders, namely, insulating sleeve holders for beverage cans

**International Class(es):** 021 - Primary Class

**U.S Class(es):** 002, 013, 023, 029, 030, 033, 040, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Aspen Skiing Company |
| **Owner Address:** | 117 Aspen Airport Business Center<br>Aspen, COLORADO UNITED STATES 81611 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized** | COLORADO |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Ian L. Saffer | **Docket Number:** | 0964.102-TM |
| **Attorney Primary Email Address:** | efs@adseroip.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Ian L. Saffer<br>Quarles & Brady LLP<br>8210 SOUTHPARK TERRACE<br>LITTLETON, COLORADO UNITED STATES 80120 | | |
| **Phone:** | 303-268-0066 | **Fax:** | 303-268-0065 |
| **Correspondent e-mail:** | efs@adseroip.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 07, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 16, 2023 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Sep. 12, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Sep. 12, 2023 | PUBLISHED FOR OPPOSITION | |
| Aug. 23, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 10, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 14, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jul. 14, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 14, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jul. 13, 2023 | ASSIGNED TO LIE | |
| Mar. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 13, 2023 | TEAS RESPONSE TO SUSPENSION INQUIRY RECEIVED | |
| Feb. 02, 2023 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Jun. 06, 2022 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Nov. 04, 2021 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| Nov. 04, 2021 | LETTER OF SUSPENSION E-MAILED | |
| Nov. 04, 2021 | SUSPENSION LETTER WRITTEN | |

| | |
|---|---|
| Nov. 01, 2021 | DIVISIONAL PROCESSING COMPLETE |
| Oct. 08, 2021 | DIVISIONAL REQUEST RECEIVED |
| Oct. 27, 2021 | CASE ASSIGNED TO INTENT TO USE PARALEGAL |
| Oct. 09, 2021 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Oct. 08, 2021 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Oct. 08, 2021 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Oct. 08, 2021 | TEAS REQUEST TO DIVIDE RECEIVED |
| Aug. 14, 2021 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Aug. 14, 2021 | NON-FINAL ACTION E-MAILED |
| Aug. 14, 2021 | NON-FINAL ACTION WRITTEN |
| Aug. 03, 2021 | ASSIGNED TO EXAMINER |
| Apr. 22, 2021 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Apr. 21, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jan. 23, 2021 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

| TM Staff Information | |
|---|---|
| **TM Attorney:** REGAN, JOHN B | **Law Office Assigned:** LAW OFFICE 113 |

| File Location | |
|---|---|
| **Current Location:** INTENT TO USE SECTION | **Date in Location:** Nov. 07, 2023 |

**Generated on:** This page was generated by TSDR on 2023-12-08 14:25:56 EST

**Mark:** ASPENX

# ASPENX

| | | | |
|---|---|---|---|
| **US Serial Number:** 97638137 | | **Application Filing Date:** | Oct. 19, 2022 |

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Nov. 28, 2023

**Publication Date:** Oct. 03, 2023 **Notice of Allowance Date:** Nov. 28, 2023

## Mark Information

**Mark Literal Elements:** ASPENX

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Lip balm

**International Class(es):** 003 - Primary Class          **U.S Class(es):** 001, 004, 006, 050, 051, 052

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Candles

**International Class(es):** 004 - Primary Class          **U.S Class(es):** 001, 006, 015

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Non-luminous and non-mechanical signs made of metal

**International Class(es):** 006 - Primary Class          **U.S Class(es):** 002, 012, 013, 014, 023, 025, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Decorative magnets; sunglasses; goggles for sports; goggles and sunglasses accessories, namely, cases for sunglasses and cases for

goggles; phone wallets, namely, wallets specially adapted to carry cellphones

| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** 021, 023, 026, 036, 038 |
|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

---

**For:** Keychains; jewelry

| **International Class(es):** | 014 - Primary Class | **U.S Class(es):** 002, 027, 028, 050 |
|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

---

**For:** Books, namely, printed books in the field of winter and summer outdoor sports and recreation; snack packaging boxes made of paper, sold empty

| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050 |
|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

---

**For:** Woven fabric tote bags, back packs, duffel bags; umbrellas; wallets; luggage tags

| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** 001, 002, 003, 022, 041 |
|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

---

**For:** Work of art made of wood, namely, wall art; pillows, picture frames

| **International Class(es):** | 020 - Primary Class | **U.S Class(es):** 002, 013, 022, 025, 032, 050 |
|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

---

**For:** Mugs; coasters made of stone; household and kitchen goods, namely, drinking glasses, shot glasses, bottle openers, wine openers, cutting boards, serving trays, reusable glass water bottles sold empty; reusable plastic water bottles sold empty; reusable stainless steel water bottles sold empty; can holders, namely, insulating sleeve holders for beverage cans

| **International Class(es):** | 021 - Primary Class | **U.S Class(es):** 002, 013, 023, 029, 030, 033, 040, 050 |
|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

---

**For:** Blanket throws, cashmere blankets, pet blankets, children's blankets, baby blankets, woollen blankets, fleece blankets, bed blankets

| **International Class(es):** | 024 - Primary Class | **U.S Class(es):** 042, 050 |
|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

---

**For:** Clothing, namely, base layers, vests, shirts, t-shirts, sweatshirts, jackets, ski pants, cycling jerseys, socks, belts, gloves, sweaters, tank tops, sweatpants, shorts; headwear, namely, visors, caps, hats and beanies; neck gaiters, scarves

| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** 022, 039 |
|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

---

**For:** Ornamental cloth patches; ornamental novelty pins

| **International Class(es):** | 026 - Primary Class | **U.S Class(es):** 037, 039, 040, 042, 050 |
|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(b)

---

**For:** Christmas tree ornaments; snow globes; plush toys; stuffed toy animals; games, namely, tabletop games, chess games, dart games, dice games, card games, board games; sporting goods and equipment, namely, skis, snowboards, ski poles; exercise equipment, namely, exercise balls, stability cushions, and resistance bands

| | | | |
|---|---|---|---|
| **International Class(es):** | 028 - Primary Class | **U.S Class(es):** | 022, 023, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | |
|---|---|
| **For:** | Retail store services in the field of skiing and snowboarding equipment and accessories, apparel, and outdoor sporting goods; retail gift shops; promoting and administering amateur ski programs and activities |

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | |
|---|---|
| **For:** | ski-resort and snowboard-resort services; entertainment services in the nature of providing adventure park facilities; summer resort services, namely, providing recreational facilities for hiking, cycling, mountain biking, fishing, paragliding, climbing, and camping; providing outdoor live music, namely, concerts; providing a website featuring information about ski-resort entertainment, snow-sport-resort entertainment, mountain-sport-resort entertainment, recreational-resort entertainment, and summer-resort entertainment services, and about access-pass and ticket programs, namely, information on sporting facilities at a resort; rental of skiing and snowboarding gear and equipment, and sports-equipment rentals, except vehicles |

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | |
|---|---|
| **For:** | providing a website featuring information about summer-resort accommodations; bar, café, cocktail-lounge and restaurant services |

| | | | |
|---|---|---|---|
| **International Class(es):** | 043 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Aspen Skiing Company | | |
| **Owner Address:** | 117 Aspen Airport Business Center Aspen, COLORADO UNITED STATES 81611 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized** | COLORADO |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Ian L. Saffer | **Docket Number:** | 0964.110-TM |
| **Attorney Primary Email Address:** | efs@adseroip.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Ian L. Saffer Quarles & Brady LLP 8210 SOUTHPARK TERRACE LITTLETON, COLORADO UNITED STATES 80120 | | |
| **Phone:** | 303-268-0066 | **Fax:** | 833-793-0703 |
| **Correspondent e-mail:** | efs@adseroip.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 28, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 03, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 03, 2023 | PUBLISHED FOR OPPOSITION | |
| Sep. 13, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 28, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 31, 2023 | EXAMINER'S AMENDMENT ENTERED | |
| Jul. 31, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Jul. 31, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Jul. 31, 2023 | EXAMINERS AMENDMENT -WRITTEN | |
| Jul. 24, 2023 | ASSIGNED TO EXAMINER | |
| Mar. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 02, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Oct. 22, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

| | | | |
|------|------|------|------|
| **TM Attorney:** | REGAN, JOHN B | **Law Office Assigned:** | LAW OFFICE 113 |

**File Location**

| | | | |
|------|------|------|------|
| **Current Location:** | INTENT TO USE SECTION | **Date in Location:** | Nov. 28, 2023 |