# EXHIBIT C
















perfectmomentsports ✓ • Follow
Aspen, Colorado

perfectmomentsports ✓ ✦ Tis the season to wear a Star Dust Sweater ✦



perfectmomentsports ✓ • Follow

perfectmomentsports ✓ Styles for the slopes and the city. Sign up to our newsletter and get 10% off your first purchase




URL: https://www.facebook.com/perfectmomentsports/p... a.599450473436138/3555288901185599/
Accessed: 12/08/2023

URL: https://www.facebook.com/perfectmomentsports/photos/a.599450473436138/3665258436855311/
Accessed: 12/8/2023



**Perfect Moment**
February 23, 2021

Ready to take on the slopes.

@charlysturm

16

Like     Comment

Most

Most relevant is selected, so some comments
filtered out.

Write a comment...

URL: https://www.facebook.com/photo/?fbid=5829337610447372&set=pcb.5829337767114023
Accessed: 12/08/2023
Re: AJAX trademark

