# EXHIBIT D

SNOWMASS I ASPEN MOUNTAIN I ASPEN HIGHLANDS I BUTTERMILK



March 25, 2021

**VIA EMAIL**
Julie Robinson
E-mail: julie@perfectmoment.com

      Re:    Unauthorized Use of Aspen Skiing Company Property

Dear Ms. Robinson:

It has been brought to our attention that, without authorization from Aspen Skiing Company ("ASC"), Perfect Moment ("PM") has produced photographs and video recordings, including photographs and video recordings of the ASC leaf logo, using one of ASC's ski areas (the "Property"). (*See* Exhibit A)

As you may be aware, ASC has the exclusive right to use the Property for commercial purposes, including the right to photograph, record, or use in any other manner. As you may also be aware, the ASC leaf logo is the service mark of ASC. The ASC leaf logo is registered with the United States Patent and Trademark Office ("USPTO"), Reg. Nos. 2,958,232 and 5,454,139. In order to maintain the value of these marks, ASC must protect its trademarks from unauthorized uses that are likely to cause consumer confusion or otherwise dilute the distinctive nature of its marks and the goodwill associated with them. Your use of the ASC leaf logo to advertise and sell merchandise, including clothing and apparel, is likely to cause consumer confusion as to the source, affiliation and/or sponsorship of your merchandise with that of ASC. Further, your use of the ASC leaf logo dilutes the distinctive nature of the goods and services offered by ASC and improperly trades on the goodwill of the ASC leaf logo.

As affirmed by the United States District Court in *Heath v. Aspen Skiing Corporation*, 325 F. Supp. 223 (D. Colo. 1971), persons are not permitted to conduct commercial operations on United States Forest Service land without a Special Use Permit ("SUP"). ASC holds SUP's for its four ski areas and it is the only entity allowed to conduct commercial operations within its permitted ski area boundaries. As a result, your photographs and video recordings making use of the Property are not authorized by ASC and are not permitted by the United States Forest Service.

As this is an extremely important matter to ASC, please advise us **immediately**, but in no event later than ten (10) business days from the date of this letter, that you and your organization will: (1) cease any and all publication of photographs and video recordings that make use of the Property and refrain from any such uses going forward; (2) advise whether PM has made any other uses of the Property in addition to those described above; and (3) execute an agreement setting forth your agreement to and acknowledgement that you will comply with (1)-(2) above.

Nothing in this letter shall be construed as an admission or waiver of any rights, remedies or defenses by ASC, all of which are expressly reserved.

Sincerely,

**Patrick Tierney**
Corporate Counsel
Direct Tel (970) 300-7157
ptierney@aspensnowmass.com

PO Box 1248
Aspen, CO 81612-1248
970-925-1220
aspensnowmass.com

SNOWMASS | ASPEN MOUNTAIN | ASPEN HIGHLANDS | BUTTERMILK



# EXHIBIT A



PO Box 1248
Aspen, CO 81612-1248
970-925-1220
aspensnowmass.com

SNOWMASS | ASPEN MOUNTAIN | ASPEN HIGHLANDS | BUTTERMILK





**perfectmomentsports** ✓ • Follow    ...

**perfectmomentsports** ✓ Styles for the slopes and the city. Sign up to our newsletter and get 10% off your first purchase.



**perfectmomentsports** ✓ • **Follow**    ...
Aspen Colorado

**perfectmomentsports** ✓ ✦ Tis the season to wear a Star Dust Sweater ✦

PO Box 1248
Aspen, CO 81612-1248
970-925-1220
aspensnowmass.com

SNOWMASS | ASPEN MOUNTAIN | ASPEN HIGHLANDS | BUTTERMILK





**perfectmomentsports** ✔ · **Follow**   ...
Aspen Colorado

**perfectmomentsports** ✔ It s a good
day to sit down, relax, and enjoy some
online shopping. Check out our spring
ski sale before it s too late.



**perfectmomentsports** ✔ · **Follow**   ...
Aspen Colorado

**perfectmomentsports** ✔ Ready to
take on the slopes

SNOWMASS | ASPEN MOUNTAIN | ASPEN HIGHLANDS | BUTTERMILK





perfectmomentsports ● · Follow
Aspen Colorado    ...

perfectmomentsports ● Life is better
on the slopes.

PO Box 1248
Aspen, CO 81612-1248
970-925-1220
aspensnowmass.com

SNOWMASS | ASPEN MOUNTAIN | ASPEN HIGHLANDS | BUTTERMILK





**perfectmomentsports** ✓ · **Follow**   ···
Aspen Colorado

**perfectmomentsports** ✓ Tag your ride or die that would rock this metallic suit!



**perfectmomentsports** ✓ · **Follow**   ···
Aspen Colorado

**perfectmomentsports** ✓ 🟥 Squad goals 🟥

PO Box 1248
Aspen, CO 81612-1248
970-925-1220
aspensnowmass.com

SNOWMASS | ASPEN MOUNTAIN | ASPEN HIGHLANDS | BUTTERMILK

**ASPEN SNOWMASS.**
ASPEN SKIING COMPANY



PO Box 1248
Aspen, CO 81612-1248
970-925-1220
aspensnowmass.com