# EXHIBIT E





**Perfect Moment**
October 31

Build the perfect base. Base layers featuring our most-loved prints. Pair with your perfect ski look for on the slopes and in the chalet
— in **Gstaad, Switzerland**.

13

Like          Comment          Share



**Perfect Moment**
November 24, 2022

It's a Friday Moment.

20% off all-eyes-on-me skiwear to debut this winter.

USE CODE: BF22

#perfectmoment

8

Like   Comment   Share

URL: https://www.perfectmoment.com/en-us/p/women-pm-x-dede-johnson-nevada-down-jacket
Accessed: 12/08/2023

Complimentary returns & shipping for United States on all orders | Order by 12/15 to receive by 12/24

NEW   WOMEN   MEN   KIDS   GIFTS

★ PERFECT MOMENT

SEARCH   SIGN IN   US / USD   BAG (0)





New
## PM x Dede Johnson Nevada Down Jacket
$790.00

Dede Party Print



Size

XS   S   M   L   XL

Add to Bag

Details
Care Instructions
Materials
Size Guide









Shop the look | Recently viewed



Schild Merino Wool Sweater
NEW
$360.00



PM x Dede Johnston Thermal Legging
MATCHING SETS
$190.00



January Down Jacket
$990.00



Ski Goggles
NEW
$200.00

JOIN THE LIST

Sign up for 10% off your first order and VIP access to the latest collections, events and promotions.

Email Address

By subscribing to our newsletter you accept our Terms and Conditions and Privacy Policy.

Return An Order
Returns and Refunds
FAQ
Contact Us
Shipping
Size Guide

About Us
Rental
Terms and Conditions
Privacy Policy
Cookie Options

CHANGE LOCATION
🇺🇸 US / USD

© 2023 Perfect Moment. All rights reserved.

URL: https://www.perfectmoment.com/p/women-dede-johnston-legging/dede-party
Accessed: 12/08/2023

Case No. 1:23-cv-03355-SKC   Document 1-5   filed 12/20/23   USDC Colorado   pg 9 of 16





Matching Sets

## PM x Dede Johnston Thermal Legging

$190.00

Dede Party Print

Size

XS   S   M   L   XL

**Add to Bag**

Details
Care Instructions
Materials
Size Guide







Shop the look | Recently viewed



PM x Dede Johnson Nevada Down Jacket
NEW
$790.00



Schild Merino Wool Sweater
NEW
$360.00



PM x Dede Johnston Thermal Half-Zip
MATCHING SETS
$250.00



January Down Jacket
$990.00

JOIN THE LIST

Sign up for 10% off your first order and VIP access to the latest collections, events and promotions.

Email Address

By subscribing to our newsletter you accept our Terms and Conditions and Privacy Policy.

Return An Order
Returns and Refunds
FAQ
Contact Us
Shipping
Size Guide

About Us
Rental
Terms and Conditions
Privacy Policy
Cookie Options

CHANGE LOCATION
🇺🇸 US / USD

© 2023 Perfect Moment. All rights reserved.



URL: https://www.perfectmoment.com/us/pm-x-dede-johnston-thermal/dedeParty
Accessed: 12/08/2023
Case No. 1:23-cv-03355-SKC Document 1-5 filed 12/20/23 USDC Colorado pg 13 of 16









## Recently viewed








Ski Goggles  
NEW  
$200.00

PM x Dede Johnston Thermal Legging  
MATCHING SETS  
$190.00

PM x Dede Johnson Nevada Down Jacket  
NEW  
$790.00

## JOIN THE LIST

Sign up for 10% off your first order and VIP access to the latest collections, events and promotions.

Email Address

By subscribing to our newsletter you accept our Terms and Conditions and Privacy Policy.

Return An Order  
Returns and Refunds  
FAQ  
Contact Us  
Shipping  
Size Guide

About Us  
Rental  
Terms and Conditions  
Privacy Policy  
Cookie Options

CHANGE LOCATION  
🇺🇸 US / USD

© 2023 Perfect Moment. All rights reserved.