IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-03355

Aspen Skiing Company, LLC,

       Plaintiff,

v.

Perfect Moment LTD.,

       Defendant.

---

**CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Aspen Skiing Company, LLC ("ASC") certifies that ASC does not have a parent corporation and no publicly-held corporation owns 10% or more of ASC's stock.

Dated:  December 20, 2023

Respectfully submitted:

QUARLES & BRADY LLP

<u>*/s/ Ian L. Saffer*</u>
Ian L. Saffer
Kate Bohmann
8210 Southpark Terrace
Littleton, CO 80120
(303) 268-0066
Ian.Saffer@quarles.com
Kate.Bohmann@quarles.com

*Attorneys for Plaintiff Aspen Skiing Company*