AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| Aspen Skiing Company, LLC | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) ) |
| v. | ) ) ) |
| Perfect Moment LTD. | ) ) ) |
| *Defendant(s)* | ) ) ) |

Civil Action No.   1:23-cv-03355 - SKC

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Perfect Moment LTD.
c/o Registered Agent - VCorp Services, LLC
108 W. 13th Street Suite 100
Wilmington, DE 19801
Tel: 302.658.7581

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ian L. Saffer & Kathryn L. Bohmann
Quarles & Brady LLP
8210 Southpark Terrace
Littleton, CO 80120
Tel: 303.268.0066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____12/21/2023_____

_____s/T.Gallagher_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-03355 - SKC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Perfect Moment LTD. c/o Registered Agent - VCorp Services, LLC was received by me on *(date)* Dec 27, 2023.

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒   I served the 1 - Complaint.pdf, 2 - Summons Request.pdf, 3 - Corporate Disclosure Statement.pdf, 4 - Case Assigned to Magistrate Judge S. Kato Crews.pdf, 5 - Administrative Notice.pdf, 6 - Summons.pdf, 6-1 Consent-Non-Consent to the Exercise of Jurisdiction by a US Magistrate Judge.pdf, 7 - Report on the Filing or Determination of an Action Regarding a Patent or Trademark.pdf. *(name of individual)* Robyn Huttbanks , who is designated by law to accept service of process on behalf of *(name of organization)* Perfect Moment LTD. c/o Registered Agent - VCorp Services, LLC on *(date)* Wed, Dec 27 2023 ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/27/2023

_____
*Server's signature*

Thomas Newton, Process Server
_____
*Printed name and title*

107 S West St Suite 417, Alexandria , VA 22314
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 27, 2023, 2:36 pm EST at 108 WEST 13TH STREET SUITE 100, WILMINGTON, DE 19801 received by Robyn Huttbanks. Age: 50; Ethnicity: African American; Gender: Female; Weight: 175; Height: 5'6"; Hair: Black; Eyes: Brown; Relationship: Intake Specialist ;
Efile Wolters Kluwer Intake Portal and commanded service upon arrival.