AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of Colorado__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:23-cv-03355 | DATE FILED<br>12/20/2023 | U.S. DISTRICT COURT<br>District of Colorado |
|---|---|---|
| PLAINTIFF<br>Aspen Skiing Company, LLC | | DEFENDANT<br>Perfect Moment LTD. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,356,315 | 5/18/2021 | Aspen Skiing Company, LLC |
| 2 | 5,454,139 | 4/24/2018 | Aspen Skiing Company, LLC |
| 3 | 2,958,232 | 5/31/2005 | Aspen Skiing Company, LLC |
| 4 | 7,087,947 | 6/20/2023 | Aspen Skiing Company, LLC |
| 5 | 7,076,466 | 6/6/2023 | Aspen Skiing Company, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  7,196,998 | 10/17/2023 | Aspen Skiing Company, LLC |
| 2  2,800,199 | 12/30/2003 | Aspen Skiing Company, LLC |
| 3  2,906,128 | 11/30/2004 | Aspen Skiing Company, LLC |
| 4  3,139,989 | 9/5/2006 | Aspen Skiing Company, LLC |
| 5  7,081,659 | 6/13/2023 | Aspen Skiing Company, LLC |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of Colorado__ on the following

☑ Trademarks or    ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:23-cv-03355 | DATE FILED<br>12/20/2023 | U.S. DISTRICT COURT<br>District of Colorado |
|---|---|---|
| PLAINTIFF<br>Aspen Skiing Company, LLC | | DEFENDANT<br>Perfect Moment LTD. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1,645,937 | 5/28/1991 | Aspen Highlands Skiing Corporation |
| 2 | 5,572,092 | 9/25/2018 | Aspen Skiing Company, LLC |
| 3 | 3,003,578 | 10/4/2005 | Aspen Skiing Company, LLC |
| 4 | Ser. No. 97679747 | 11/28/2023 | Aspen Skiing Company, LLC |
| 5 | Ser. No. 90476606 | 11/14/2023 | Aspen Skiing Company, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | Ser. No. 97679741 | 11/28/2023 | Aspen Skiing Company, LLC |
| 2 | 7,087,551 | 6/20/2023 | Aspen Skiing Company, LLC |
| 3 | Ser. No. 90680774 | 11/14/2023 | Aspen Skiing Company, LLC |
| 4 | Ser. No. 98228313 | | Aspen Skiing Company, LLC |
| 5 | Ser. No. 98228317 | | Aspen Skiing Company, LLC |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of Colorado__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:23-cv-03355 | DATE FILED<br>12/20/2023 | U.S. DISTRICT COURT<br>District of Colorado |
|---|---|---|
| PLAINTIFF<br><br>Aspen Skiing Company, LLC | | DEFENDANT<br><br>Perfect Moment LTD. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | Ser. No. 90476612 | 11/7/2023 | Aspen Skiing Company, LLC |
| 2 | Ser. No. 97638137 | 11/28/2023 | Aspen Skiing Company, LLC |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy