# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-03355-SKC-STV

**ASPEN SKIING COMPANY, LLC**,

Plaintiff,

v.

**PERFECT MOMENT LTD.,**

Defendant.

---

## JOINT STATUS REPORT AND MOTION TO EXTEND STAY

---

Plaintiff, Aspen Skiing Company, LLC ("ASC") and Defendant, Perfect Moment, LTD ("PM") (collectively, the "Parties"), through undersigned counsel, file this Joint Status Report and Motion to Extend the Current Stay by fifteen (15) days pursuant to the Court's July 16, 2024, Order (Dkt. No. 32). In support, the Parties respectfully state as follows:

1. The Parties participated in mediation on Tuesday, July 23, 2024.

2. The mediation was productive, and the parties made substantial progress toward settlement.

3. There are a limited number of follow-up issues to resolve, and the parties are currently involved in ongoing, good faith negotiations regarding the remaining issues.

4. The Parties believe in good faith that settlement is likely with some additional time. Counsel have conferred and agreed to proceed and dedicate resources and time to the settlement process and request a fifteen (15) day extension of the current stay to pursue those efforts.

5. Based on the parties' progress during the July 23, 2024, mediation, the mediator, David Sipiora, has agreed to continue to work with the parties, as needed, to resolve the remaining issues.

6. The parties' litigation history and the relevant facts supporting the stay are set forth in the Parties' Joint Motion to Stay the Action Pending Mediation Pursuant to Local Rule 16.6(a) (Dkt. No. 30), and thus are not repeated here.

7. Pursuant to the Court's broad discretion to stay proceedings and the factors set forth in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 1:02-CV-01934-LTB-PA, 2006 WL 894955, at *2 (D. Colo. Mar. 30, 2006), the Parties respectfully request the Court extend the current stay fifteen days until August 15, 2024, to promote judicial economy and conserve judicial and party resources by avoiding the potentially unnecessary time and expense of conducting further discovery or other litigation activities.

8. WHEREFORE, for the foregoing reasons, Plaintiff and Defendant respectfully request that the Court grant this Motion staying discovery until August 15, 2024.

Dated: August 1, 2024

                        FERGUSON SCHINDLER LAW FIRM, P.C.

                        /s/ *Matthew Ferguson*
                        Matthew C. Ferguson
                        119 South Spring Street
                        Suite 201
                        Aspen, Colorado 81611
                        (970) 925-6288
                        matt@fsaspenlaw.com
                        *Attorney for Defendant*

                        QUARLES & BRADY LLP

                        /s/ *Kate Bohmann*
                        Ian L. Saffer
                        Kate L. Bohmann
                        8210 Southpark Terrace
                        Littleton, Colorado 80120
                        (303)-268-0066
                        ian.saffer@quarles.com
                        kate.bohmann@Quarles.com
                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify on August 1, 2024, I caused to be served a copy of the foregoing **JOINT STATUS REPORT AND MOTION TO EXTEND STAY** upon the following persons through the District Court's ECF/CM electronic filing systems:

Matthew C. Ferguson
119 South Spring Street
Suite 201
Aspen, Colorado 81611
(970) 925-6288
matt@fsaspenlaw.com
*Attorney for Defendant*

*/s/ Marcie J. Morton*
Marcie J. Morton

4