IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-03355-SKC-STV

**ASPEN SKIING COMPANY, LLC**,

Plaintiff,

v.

**PERFECT MOMENT LTD.**,

Defendant.

**JOINT STATUS REPORT AND MOTION TO EXTEND CASE DEADLINES**

Pursuant to D.C.COLO.L.CivR 6.1(b), Plaintiff, Aspen Skiing Company, LLC ("ASC") and Defendant, Perfect Moment, LTD ("Perfect Moment") (collectively, the "Parties"), through undersigned counsel, file this Joint Status Report and Motion to Extend Case Deadlines pursuant to the Court's August 15, 2024, Order (Dkt. No. 38). The Parties respectfully state as follows:

1. On December 20, 2023, ASC filed the present complaint (Dkt. No. 1).

2. On March 8, 2024, Perfect Moment filed its Answer to Complaint and Counterclaims (Dkt. No. 21).

3. On April 19, 2024, ASC answered the counterclaims (Dkt. No. 26).

4. On April 15-16, 2024, the Parties exchanged initial disclosures.

5. On April 23, 2024, the Court issued a Scheduling Order (Dkt. No. 29) (the "Scheduling Order").

6. In relevant part, the Scheduling Order currently sets forth the following deadlines:

   a. Discovery Cut-off: December 20, 2024

   b. Dispositive Motion Deadline: February 20, 2025

   c. Expert Witness Disclosure: October 18, 2024

   d. Rebuttal Expert Disclosure: November 18, 2024

7. On June 14, 2024, ASC propounded its first set of discovery requests.

8. On July 15, 2024, the Parties filed a Joint Motion to Stay the Action Pending Mediation (Dkt. No. 30), which the Court granted on July 16, 2025 (Dkt. No. 32).

9. On July 23, 2024, the Parties completed mediation.

10. On August 1, 2024, the Parties filed a Joint Status Report and Motion to Extend the Stay by fifteen (15) days (Dkt. No. 34), which the Court granted the same day (Dkt. No. 36).

11. On August 15, 2024, the Parties filed a Joint Status Report requesting an extension of any discovery due dates until August 23, 2024 (Dkt. No. 37), which the Court granted the same day (Dkt. No. 38).

12. Since the July 23, 2024, mediation, the Parties have continued to negotiate in good faith attempting to resolve this matter.

13. Settlement conversations are ongoing, but the parties have not reached agreement.

14. Accordingly, the Parties request the Court resume this matter and extend all current deadlines by sixty (60) days, making the new deadlines as follows:

   a. Discovery Cut-off: February 18, 2025

    b.  Dispositive Motion Deadline: April 21, 2025

    c.  Expert Witness Disclosure: December 17, 2024

    d.  Rebuttal Expert Disclosure: January 17, 2025

 15. Based on the foregoing facts and the Parties' good faith attempts to settle this matter, and pursuant to the Court's August 15, 2024, Order, good cause exists to extend the case schedule.

 16. Pursuant to Local Civil Rule 40.2, the Parties will continue to negotiate in good faith and will notify the Court immediately if a settlement is reached.

 17. WHEREFORE, the Parties respectfully request the Court resume this matter and extend all current deadlines by sixty (60) days.

Dated: August 23, 2024                                QUARLES & BRADY LLP

/s/ *Kate Bohmann*
Kate L. Bohmann
Ian L. Saffer
8210 Southpark Terrace
Littleton, Colorado 80120
(303)-268-0066
ian.saffer@quarles.com
kate.bohmann@Quarles.com
*Attorneys for Plaintiff*


FERGUSON SCHINDLER LAW FIRM, P.C.


*/s/ Matt Ferguson*
Matthew C. Ferguson
119 South Spring Street
Suite 201
Aspen, Colorado 81611
(970) 925-6288
matt@fsaspenlaw.com
*Attorney for Defendant*

4

## CERTIFICATE OF SERVICE

   I hereby certify on August 23, 2024, I caused to be served a copy of the foregoing **JOINT STATUS REPORT AND MOTION TO EXTEND CASE DEADLINES** upon the following persons through the District Court's ECF/CM electronic filing systems:

Matthew C. Ferguson
119 South Spring Street
Suite 201
Aspen, Colorado 81611
(970) 925-6288
matt@fsaspenlaw.com
*Attorney for Defendant*

                /s/Kate Bohmann
                Kate Bohmann

5