# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-03355-SKC-STV

**ASPEN SKIING COMPANY, LLC**,

Plaintiff,

v.

**PERFECT MOMENT LTD.,**

Defendant.

---

## STIPULATION OF DISMISSAL OF CIVIL ACTION UNDER FRCP 41(a)(1)(A)(ii)

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff Aspen Skiing Company, LLC ("ASC") and Defendant Perfect Moment LTD. ("Perfect Moment") that the parties have resolved the case and that all claims asserted by ASC are dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). It is further agreed that all counterclaims asserted by Perfect Moment are dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). Each party to bear its own costs, expenses, and attorneys' fees.

Dated: September 9, 2024                    QUARLES & BRADY LLP

                                            /s/ *Kate Bohmann*
                                            Kate L. Bohmann
                                            Ian L. Saffer
                                            8210 Southpark Terrace
                                            Littleton, Colorado 80120
                                            (303)-268-0066
                                            ian.saffer@quarles.com
                                            kate.bohmann@Quarles.com
                                            *Attorneys for Plaintiff*


                                            FERGUSON SCHINDLER LAW FIRM, P.C.


                                            /s/ *Matthew Ferguson*
                                            Matthew C. Ferguson
                                            119 South Spring Street
                                            Suite 201
                                            Aspen, Colorado 81611
                                            (970) 925-6288
                                            matt@fsaspenlaw.com
                                            *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify on September 9, 2024, I caused to be served a copy of the foregoing **STIPULATION OF DISMISSAL OF CIVIL ACTION UNDER FRCP 41(a)(1)(A)(ii)** upon the following persons through the District Court's ECF/CM electronic filing systems:

Matthew C. Ferguson
119 South Spring Street
Suite 201
Aspen, Colorado 81611
(970) 925-6288
matt@fsaspenlaw.com

*Attorney for Defendant*

/s/ Marcie J. Morton
Marcie J. Morton